IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MICHAEL D. ROGERS, )
)
        Plaintiff, )
)
        v. ) 1:13-CV-209
)
KRISTIE STANBACK, et al., )
)
        Defendants. )

## ORDER

On December 19, 2013, the United States Magistrate Judge's Recommendation was filed and served pursuant to 28 U.S.C. § 636. (Docs. 19 and 20.) No objections were filed within the time limitation set forth in the statute.

It is **ORDERED** that the Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction, (Doc. 14), is **DENIED**.

This the 20th day of February, 2014.

_____
UNITED STATES DISTRICT JUDGE